IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

```
------------------------------------------------------- x
ROBERT E. MCCARTER,                                     :
on behalf of himself and all others similarly           :
situated in Tennessee,                                  :
                                                        :
                Plaintiff,                              :    Case No. 3:13-cv-00437
                                                        :
        v.                                              :    Judge Curtis L. Collier
                                                        :    Magistrate Judge William B. Mitchell
KING PHARMACEUTICALS LLC, f/k/a                         :    Carter
KING PHARMACEUTICALS , INC.                             :
                                                        :
                Defendant.                              :
                                                        :
------------------------------------------------------- x
```

**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rules 21 and 41(a) of the Federal Rules of Civil Procedure and a separate confidential settlement agreement, it is hereby stipulated by Plaintiff Robert E. McCarter ("Plaintiff") and Defendant King Pharmaceuticals LLC f/k/a King Pharmaceuticals, Inc. ("King") that all of Plaintiff's claims against King are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2014                    Respectfully submitted,

/s/ Thomas S. Scott, Jr.                    /s/ Saul P. Morgenstern
THOMAS S. SCOTT, JR.                        SAUL P. MORGENSTERN
CHRISTOPHER T. CAIN                         ANDREW K. SOLOW
SCOTT & CAIN                                KARIN E. GARVEY
550 W. Main Street, Suite 601               KAYE SCHOLER LLP
Knoxville, TN 37902                         425 Park Avenue
Tel: (865) 525-2150                         New York, NY 10022
cain@scottandcain.com                       Tel: (212) 836-7210
                                            Fax: (212) 836-6333

| | |
|---|---|
| W. ALLEN McDONALD<br>LACY, PRICE & WAGNER, PC<br>249 N. Peters Road, Suite 101<br>Knoxville, TN 37923<br>Tel: (865) 246-0800<br>amcdonald@lpwpc.com<br><br>*Attorneys for Plaintiff Robert E. McCarter* | AUBREY B. HARWELL, JR.<br>GERALD D. NEENAN<br>NEAL & HARWELL, PLC<br>150 4th Avenue North<br>Suite 2000<br>Nashville, TN 37219<br>Tel: (615) 244-1713<br>Fax: (615) 726-0573<br><br>*Attorneys for King Pharmaceuticals LLC,<br>f/k/a King Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014, a copy of the foregoing was served on all counsel via the Court's CM/ECF system.

/s/ Gerald D. Neenan
Gerald D. Neenan