IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---------------------------------------------------------- x
ROBERT E. MCCARTER,　　　　　　　　　　:
on behalf of himself and all others similarly　:
situated in Tennessee,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　　　　　　:　　Case No. 3:13-cv-00437
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　:　　Judge Curtis L. Collier
　　　　　　　　　　　　　　　　　　　　:　　Magistrate Judge William B. Mitchell
KING PHARMACEUTICALS LLC, f/k/a　　　:　　Carter
KING PHARMACEUTICALS , INC.　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------- x

**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rules 21 and 41(a) of the Federal Rules of Civil Procedure and a separate confidential settlement agreement, it is hereby stipulated by Plaintiff Robert E. McCarter ("Plaintiff") and Defendant King Pharmaceuticals LLC f/k/a King Pharmaceuticals, Inc. ("King") that all of Plaintiff's claims against King are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2014　　　　　　　　　　Respectfully submitted,

/s/ Thomas S. Scott, Jr.　　　　　　　　　　/s/ Saul P. Morgenstern
THOMAS S. SCOTT, JR.　　　　　　　　　　SAUL P. MORGENSTERN
CHRISTOPHER T. CAIN　　　　　　　　　　ANDREW K. SOLOW
SCOTT & CAIN　　　　　　　　　　　　　　KARIN E. GARVEY
550 W. Main Street, Suite 601　　　　　　　　KAYE SCHOLER LLP
Knoxville, TN 37902　　　　　　　　　　　　425 Park Avenue
Tel: (865) 525-2150　　　　　　　　　　　　New York, NY 10022
cain@scottandcain.com　　　　　　　　　　　Tel: (212) 836-7210
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 836-6333

W. ALLEN McDONALD
LACY, PRICE & WAGNER, PC
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Tel: (865) 246-0800
amcdonald@lpwpc.com

*Attorneys for Plaintiff Robert E. McCarter*

AUBREY B. HARWELL, JR.
GERALD D. NEENAN
NEAL & HARWELL, PLC
150 4th Avenue North
Suite 2000
Nashville, TN 37219
Tel: (615) 244-1713
Fax: (615) 726-0573

*Attorneys for King Pharmaceuticals LLC,
f/k/a King Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014, a copy of the foregoing was served on all counsel via the Court's CM/ECF system.

/s/ Gerald D. Neenan
Gerald D. Neenan